1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

SAMUEL LOVE,

Case No.  18-cv-06289-SI

8

Plaintiff,

9

v.

10

JOSEPH J. TRAPANI, *et al.*,

11

Defendants.

**ORDER SETTING STATUS
CONFERENCE FOR FRIDAY JUNE 7,
2019 AT 3:00 PM AND ORDERING
COUNSEL TO ATTEND IN PERSON**

12
13          On February 11, 2019, this Court entered a consent decree drafted and signed by the parties

14   in this case. Dkt. No. 11.  The consent decree was agreed to by plaintiff Samuel Love and defendants

15   Joseph Trapani, Teresa Trapani, and Mobile-Tech Automotive, Inc., and it settles the portion of this

16   case relating to injunctive relief.  The consent decree was signed by Farrell Goodman, Esq., on

17   behalf of plaintiff.

18          On May 24, 2019, the Court held a case management conference in this case.  Prior to the

19   conference, the parties filed separate case management conference statements (in violation of this

20   Court's standing order).  Plaintiff's statement was filed by Amanda Lockhart Seabock, Esq.

21   Plaintiff's statement made no mention of the consent decree and proposed a discovery and litigation

22   schedule as if no settlement had occurred.  Defendants' statement represented, consistent with the

23   existence of the consent decree, that all that remained in this case was a determination of damages.

24   Ms. Seabock did not attend the case management conference, and instead Mr. Goodman represented

25   plaintiff.[1]   At the conference, the Court ordered plaintiff to make a settlement demand regarding

26   damages no later than May 31, 2019, and referred this case to a magistrate judge for settlement of

27

28          [1]  Mr. Goodman has not entered an appearance in this case, and it is unclear what his
affiliation is to plaintiff's counsel of record.

1  damages.  Dkt. No. 16.

2  On May 29, 2019, plaintiff filed three separate motions for entry of default as to each of the

3  defendants, based on defendants' failure to file an answer.  The motions were filed by Ms. Seabock.

4  Because defendants have appeared in this case – and because the parties have settled injunctive

5  relief and are actively negotiating damages – entry of default is wholly inappropriate, and the Court

6  has instructed the Clerk not to enter default against defendants.

7  **The Court schedules a status conference in this case for Friday June 7, 2019 at 3:00**

8  **p.m.   Counsel, including Ms. Seabock and Mr. Goodman, are ordered to attend in person**.

9

10  **IT IS SO ORDERED**.

11

12  Dated: June 3, 2019                                    _____

13                                                         SUSAN ILLSTON
                                                           United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28